UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-290-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KEVIN LANAR CATHCART,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Correct Clerical Error. The court appreciates the government bringing this error to its attention, and notes that defendant does not oppose this motion. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that government's Motion to Correct Clerical Error (#24) is **GRANTED**. The clerk of court is respectfully instructed to issue an Amended Judgment in this matter that includes all of the same terms as the original Judgment (#22) but includes a forfeiture money judgment in the amount of $67,239.00.

Signed: July 3, 2018



Max O. Cogburn Jr
United States District Judge